**Order entered October 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00309-CR

**PATRICK DARNELL LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-73515-S**

## ORDER

On August 26, 2014 and September 23, 2014, this Court ordered Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental record containing: (1) the trial court's docket sheet; (2) the December 29, 2009 plea agreement form; (3) the December 29, 2009 judicial confession; (4) the trial court's December 29, 2009 order of deferred adjudication and conditions of community supervision; (5) the State's January 18, 2011 motion to withdraw its motion to revoke or its motion to proceed to adjudication; and (6) the February 14, 2014 plea agreement form. The September 23, 2014 order required that the supplemental record be filed within ten days. To date, Mr. Fitzsimmons has neither filed the supplemental clerk's record nor communicated with the Court regarding the status of that record. The appeal cannot proceed until the supplemental record has been filed.

Accordingly, we **ORDER** the trial court to make findings regarding whether:

- The District Clerk has possession of the documents enumerated above.

- If the District Clerk does have possession of the documents, the District Clerk's explanation for the failure to file the supplemental record and the date by which the supplemental record containing the enumerated documents will be filed.

- If the District Clerk does not have possession of the enumerated documents, the trial court shall determine what constitutes accurate copies of the missing documents and order that they be included in a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(e).

We **ORDER** the trial court to transmit a record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.

/s/    LANA MYERS
       JUSTICE